UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 20-22581-CIV-MORENO

GRAYLIN S KELLY,

    Petitioner,

vs.

UNITED STATES,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Motion to Vacate under 28 U.S.C. § 2255, filed on **June 22, 2020**. The Magistrate Judge filed a Report and Recommendation **(D.E. 10)** on **December 29, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections were filed. The Court, being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the habeas motion is DISMISSED because the Eleventh Circuit has denied the movant's request for leave to file a second or successive habeas petition.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 of January 2022.

                                                    FEDERICO A. MORENO
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record